DISMISS; Opinion filed October 4, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00724-CV

ASHLAND JEWELERS, INC., AN ILLINOIS CORPORATION,
CN CASH FOR GOLD, LLC, A KANSAS LIMITED LIABILITY COMPANY,
INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHER
PERSONS AND/OR ENTITIES SIMILARLY SITUATED, Appellants

V.

NTR METALS, LLC, A TEXAS LIMITED LIABILITY COMPANY A/K/A NORTH
TEXAS REFINING, LLC, A TEXAS LIMITED LIABILITY COMPANY, Appellee

On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 12-01541

## MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers
Opinion By Justice FitzGerald

Before the Court is appellants' unopposed motion to dismiss the appeal. Appellants inform the Court that they no longer desire to pursue the appeal. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

KERRY P. FITZGERALD
JUSTICE

120724F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ASHLAND JEWELERS, INC., AN ILLINOIS CORPORATION, CN CASH FOR GOLD, LLC, A KANSAS LIMITED LIABILITY COMPANY, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHER PERSONS AND/OR ENTITIES SIMILARLY SITUATED, Appellants

No. 05-12-00724-CV     V.

NTR METALS, LLC, A TEXAS LIMITED LIABILITY COMPANY A/K/A NORTH TEXAS REFINING, LLC, A TEXAS LIMITED LIABILITY COMPANY, Appellee

Appeal from the 44th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 12-01541).
Opinion delivered by Justice FitzGerald, Justices O'Neill and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered October 4, 2012.

KERRY P. FITZGERALD
JUSTICE